**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tony Federico Diaz                       CHAPTER 13
         Yalissa Diaz fka Yalissa Lopez
             Debtor(s)                        BKY. NO. 21-10883 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of AmeriHome Mortgage Company, LLC and index same on the master mailing list.

                                       Respectfully submitted,

                                       /s/ *Rebecca Solarz*
                                       Rebecca Solarz
                                       12 Apr 2021, 13:34:44, EDT

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322