Certificate Number: 17572-PAE-DE-035566246

Bankruptcy Case Number: 21-10883



17572-PAE-DE-035566246

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 13, 2021, at 12:17 o'clock PM PDT, Tony Diaz completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 13, 2021                        By:    /s/Benjamin E Wunsch

                                                                    Name:  Benjamin E Wunsch

                                                                    Title:   Counselor