Certificate Number: 17572-PAE-DE-035566248

Bankruptcy Case Number: 21-10883



17572-PAE-DE-035566248

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 13, 2021</u>, at <u>12:17</u> o'clock <u>PM PDT</u>, <u>Yalissa Diaz</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 13, 2021</u>          By:     <u>/s/Benjamin E Wunsch</u>

Name:   <u>Benjamin E Wunsch</u>

Title:   <u>Counselor</u>