IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| TONY FEDERICO DIAZ & | : CASE NO. 21-10883-PMM |
| YALISSA DIAZ, | : |
| DEBTORS, | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : JUNE 17, 2021 @ 10:00 a.m. |
| | : |
| MOVANT, | : |
| | : |
| V. | : |
| | : |
| TONY FEDERICO DIAZ & | : |
| YALISSA DIAZ, | : |
| RESPONDENTS, | : RELATED TO DOCKET NO. 23 |

<u>CERTIFICATE OF SERVICE FOR THE PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTORS' PROPOSED
CHAPTER 13 PLAN</u>

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtors' Chapter 13 Plan, on the parties at the below addresses, on June 4, 2021 by:

**21-10883-PMM Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

BRIAN CRAIG NICHOLAS on behalf of Creditor Lakeview Loan Servicing, LLC
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ on behalf of Creditor AMERIHOME MORTGAGE COMPANY, LLC
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

ZACHARY ZAWARSKI on behalf of Debtor Tony Federico Diaz
zzawarski@zawarskilaw.com

ZACHARY ZAWARSKI on behalf of Joint Debtor Yalissa Diaz
zzawarski@zawarskilaw.com

**21-10883-PMM Notice will not be electronically mailed to:**

American Express National Bank
c/o Zwicker & Associates, P.C.
80 Minuteman Road, P.O. Box 9043
Andover, MA 01810-1041


Date Executed: June 4, 2021                                 Respectfully submitted,


                                        /s/ Jonathan W. Chatham
                                        Jonathan W. Chatham
                                        Deputy Chief Counsel
                                        PA Department of Revenue
                                        Office of Chief Counsel
                                        P.O. Box 281061
                                        Harrisburg, PA 17128-1061
                                        PA I.D. # 209683
                                        Phone: 717-783-3673
                                        Facsimile: 717-772-1459