Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 21-10883-PMM**

Tony Federico Diaz  
Yalissa Diaz  
39 Lower Way Road  
Easton  PA    18045

Petition Filed Date: 04/02/2021  
341 Hearing Date: 05/04/2021  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/21/2021 | $1,065.00 | | | | | | | |

**Total Receipts for the Period:  $1,065.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,065.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN HONDA FINANCE CORP »» 001 | Secured Creditors | $449.90 | $0.00 | $0.00 |
| 2 | WEST CREEK FINANCIAL »» 002 | Unsecured Creditors | $275.37 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP »» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | TOYOTA MOTOR CREDIT CORP »» 011 | Secured Creditors | $431.37 | $0.00 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE »» 03S | Secured Creditors | $2,358.00 | $0.00 | $0.00 |
| 6 | PA DEPARTMENT OF REVENUE »» 03P | Priority Crediors | $6,407.47 | $0.00 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE »» 03U | Unsecured Creditors | $474.99 | $0.00 | $0.00 |
| 8 | AMERICAN EXPRESS NATIONAL BANK »» 004 | Unsecured Creditors | $1,597.00 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS) »» 05S | Secured Creditors | $24,525.86 | $0.00 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS) »» 05P | Priority Crediors | $4,131.52 | $0.00 | $0.00 |
| 11 | UNITED STATES TREASURY (IRS) »» 05U | Unsecured Creditors | $575.74 | $0.00 | $0.00 |
| 12 | BANK OF AMERICA NA »» 006 | Unsecured Creditors | $11,892.82 | $0.00 | $0.00 |
| 13 | BANK OF AMERICA NA »» 007 | Unsecured Creditors | $26,971.25 | $0.00 | $0.00 |
| 14 | BANK OF AMERICA NA »» 008 | Unsecured Creditors | $4,987.84 | $0.00 | $0.00 |
| 15 | AMERICAN INFOSOURCE LP »» 009 | Unsecured Creditors | $12,520.12 | $0.00 | $0.00 |
| 16 | CHASE BANK USA NA »» 012 | Unsecured Creditors | $4,917.65 | $0.00 | $0.00 |
| 17 | BANK OF AMERICA NA »» 013 | Unsecured Creditors | $2,660.89 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-10883-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 18 | WELLS FARGO BANK, N.A.<br>»» 014 | Unsecured Creditors | $10,032.61 | $0.00 | $0.00 |
| 19 | MET-ED FIRST ENERGY COMPANY<br>»» 015 | Unsecured Creditors | $5,362.44 | $0.00 | $0.00 |
| 20 | CHASE BANK USA NA<br>»» 016 | Unsecured Creditors | $5,462.46 | $0.00 | $0.00 |
| 21 | CROWN ASSET MANAGEMENT LLC<br>»» 017 | Unsecured Creditors | $2,190.15 | $0.00 | $0.00 |
| 22 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 018 | Unsecured Creditors | $2,800.56 | $0.00 | $0.00 |
| 23 | CENLAR FSB<br>»» 019 | Mortgage Arrears | $57,162.19 | $0.00 | $0.00 |
| 24 | LVNV FUNDING LLC<br>»» 020 | Unsecured Creditors | $4,251.87 | $0.00 | $0.00 |
| 25 | AMERICAN INFOSOURCE AS AGENT FOR<br>»» 021 | Unsecured Creditors | $375.30 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,065.00 | Current Monthly Payment: | $1,065.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,065.00 |
| Paid to Trustee: | $106.50 | Total Plan Base: | $63,900.00 |
| Funds on Hand: | $958.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/  for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.