UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Tony Federico Diaz<br>    Yalissa Diaz<br><br>          Debtors | Chapter 13<br>Bankruptcy No.21-10883-PMM |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 1st day of July, 2021, by first class mail upon those listed below:

Tony Federico Diaz
Yalissa Diaz
39 Lower Way Road
Easton, PA  18045

**Electronically via CM/ECF System Only:**

ZACHARY ZAWARSKI ESQ
3001 EASTON AVENUE
BETHLEHEM, PA  18017

                                                             */s/ Deborah A. Earnshaw*
                                                             Deborah A. Earnshaw
                                                             for
                                                            Scott F. Waterman, Esquire
                                                             Standing Chapter 13 Trustee