United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10883-pmm |
| Tony Federico Diaz | Chapter 13 |
| Yalissa Diaz | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 19, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 14607401 | + | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2021 at the address(es) listed below:

**Name**      **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bkgroup@kmllawgroup.com

JONATHAN WILKES CHATHAM
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

REBECCA ANN SOLARZ
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Aug 19, 2021 | Form ID: trc | Total Noticed: 1

| | |
|---|---|
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY ZAWARSKI | |
| | on behalf of Debtor Tony Federico Diaz zzawarski@zawarskilaw.com |
| ZACHARY ZAWARSKI | |
| | on behalf of Joint Debtor Yalissa Diaz zzawarski@zawarskilaw.com |

TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 21-10883-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Tony Federico Diaz
39 Lower Way Road
Easton PA 18045

Yalissa Diaz
39 Lower Way Road
Easton PA 18045

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/18/2021.

Name and Address of Alleged Transferor(s):

Claim No. 19: Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618

Name and Address of Transferee:

Lakeview Loan Servicing, LLC
C/O CENLAR FSB
425 Phillips Blvd.
Ewing, NJ 08618

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/21/21

Tim McGrath
**CLERK OF THE COURT**