**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 13** |
| **TONY F. DIAZ and YALISSA DIAZ** | **No. 21-10883-pmm** |
| **Debtors.** | |

**ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears for WBL SPO I, LLC, successor to World Business Lenders, LLC, a creditor and party-in-interest in the above-captioned case, and pursuant to Rule 2002 of the Bankruptcy Rules, demands that all notices and papers given or required to be given in this case, be served upon the undersigned at the office address and telephone number set forth below.

**LUNDY, BELDECOS & MILBY, P.C.**

Date: 9/14/2021     By:     */s/ Jessica M. Gulash*
**JESSICA M. GULASH, ESQUIRE**
PA ID # 208463
450 N. Narberth Avenue, Suite 200
Narberth, PA 19072
(610) 668-0772
jgulash@lbmlaw.com