IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> TONY FEDERICO DIAZ and, <br> YALISSA DIAZ, <br>    Debtors, <br><br> TOYOTA MOTOR CREDIT CORPORATION, <br><br>    Movant, <br><br>        v. <br><br> TONY FEDERICO DIAZ, <br> YALIZZA DIAZ, and <br> SCOTT F. WATERMAN, Trustee, <br><br>    Respondents. | Bankruptcy No. 21-10883-pmm <br><br> Chapter 13 <br><br> Document No. |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the September 27, 2021, I served a copy of the Motion for Relief from the Automatic Stay and a copy of the Notice of Motion, Hearing Date and Response Deadline by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Tony Federico Diaz <br> Yalissa Diaz <br> 39 Lower Way Road <br> Easton, PA 18045 | Zachary Zawarski <br> The Law Office of Zachary Zawarski <br> 3001 Easton Avenue <br> Bethlehem, PA 18017 |
| Scott F. Waterman <br> 2901 St. Lawrence Ave. <br> Suite 100 <br> Reading, PA 19606 | Office of the U.S. Trustee <br> 200 Chestnut Street <br> Suite 502 <br> Philadelphia, PA 19106 |

    By: /s/ Keri P. Ebeck
    Keri P. Ebeck, Esq.
    PA I.D. # 91298
    kebeck@bernsteinlaw.com
    601 Grant Street, 9th Floor
    Pittsburgh, PA 15219
    Phone (412) 456-8112
    Fax (412) 456-8135