## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TONY FEDERICO DIAZ | : | Case No.: 21-10883-pmm |
| YALISSA DIAZ | : | |
|     Debtors | : | |

### ORDER

Upon consideration of Debtors' Motion for Voluntary Dismissal of Chapter 13 Case pursuant to 11 U.S.C. § 1307(b), IT IS HEREBY ORDERED that Debtors' Chapter 13 is DISMISSED.

BY THE COURT:

*/s/ Patricia M. Mayer/*

PATRICIA M. MAYER
BANKRUPTCY JUDGE

**Date: November 17, 2021**