United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10883-pmm |
| Tony Federico Diaz | Chapter 13 |
| Yalissa Diaz | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 17, 2021 | Form ID: pdf900 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tony Federico Diaz, Yalissa Diaz, 39 Lower Way Road, Easton, PA 18045-8035 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | American Honda Finance Corporation d/b/a Honda Fin, 3625 W. Royal Lane #200, Irving, TX 75063-2912 |
| 14596165 | + | AmeriHome Mortgage, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 14598766 | + | AmeriHome Mortgage Company, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14599053 | + | AmeriHome Mortgage Company, LLC, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14597841 | + | American Express National Bank, c/o Elizabeth Lombard, Zwicker & Associates, PC, 80 Minuteman Road PO Box 9043, Andover, MA 01810-0943 |
| 14598315 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14645991 | + | American Honda Finance Corporation, c/o William E Craig, Esq., Morton & Craig, LLC, 110 Marter Ave, Suite 301, Moorestown, NJ 08057-3125 |
| 14646291 | + | American Honda Finance Corporation d/b/a Honda Fin, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave Suite 301, Moorestown, NJ 08057-3125 |
| 14596166 | + | Amex, Attn: Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14596167 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998 |
| 14599530 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14596168 | + | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14596169 | | Berkheimer Associates, P.O. Box 25144, Lehigh Valley, PA 18002-5144 |
| 14607401 | + | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14601534 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14596175 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14630554 | + | Lakeview Loan Servicing, LLC, C/O CENLAR FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14596176 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, P.O. Box 16001, Reading, PA 19612-6001 |
| 14603086 | + | Metropolitan Edison Company, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14596180 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52409 |
| 14600543 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14636373 | + | WBL SPO I, LLC, c/o Jessica M. Gulash, Esq., Lundy, Beldecos & Milby, PC, 450 N Narberth Avenue, Suite 200, Narberth, PA 19072-1822 |
| 14636374 | + | WBL SPO I, LLC, c/o World Business Lenders, LLC, PO Box 479, Elmsford, NY 10523-0479 |
| 14596182 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, Des Moines, IA 50328-0001 |
| 14602273 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14596184 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 17 2021 23:43:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14596164 | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 17 2021 23:43:00 | American Honda Finance, Attn: National Bankruptcy Center, PO Box 166469, Irving, TX 75016 |
| 14597270 | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 17 2021 23:43:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14645755 | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 17 2021 23:43:00 | American Honda Finance Corporation, d/b/a Honda Financial Servcies, administ, 3625 W. Royal Lane #200, Irving, TX 75063 |
| 14596168 | + Email/Text: BarclaysBankDelaware@tsico.com | Nov 17 2021 23:43:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14624382 | Email/Text: coabankruptcy@allentownpa.gov | Nov 17 2021 23:43:00 | CITY OF ALLENTOWN, 435 HAMILTON ST, ALLENTOWN, ALLENTOWN, PA 18101 |
| 14596170 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 17 2021 23:54:07 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14599672 | + Email/PDF: ebn_ais@aisinfo.com | Nov 17 2021 23:54:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14596172 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2021 23:54:05 | Citibank, Attn: Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14596173 | + Email/Text: bankruptcy@credencerm.com | Nov 17 2021 23:43:00 | Credence Resource Management, LLC, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 14596174 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 17 2021 23:43:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14607080 | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 17 2021 23:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14596171 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 17 2021 23:54:06 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14601534 | + Email/Text: RASEBN@raslg.com | Nov 17 2021 23:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14608829 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2021 23:54:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14613805 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2021 23:54:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14596177 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2021 23:43:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Dept, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14597845 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2021 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14605743 | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2021 23:43:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14612991 | + Email/PDF: gecsedi@recoverycorp.com | Nov 17 2021 23:54:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14596178 | + Email/PDF: gecsedi@recoverycorp.com | Nov 17 2021 23:54:03 | Synchrony Bank/PayPal Credit, Attn: Bankruptcy, |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 17, 2021 | Form ID: pdf900 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 14596179 | + | Email/PDF: gecsedi@recoverycorp.com | | PO Box 965060, Orlando, FL 32896-5060 |
| | | | Nov 17 2021 23:54:03 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14611782 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Nov 17 2021 23:54:04 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14596181 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Nov 17 2021 23:43:00 | Verizon Wireless, 500 Technology Drive, Suite 500, Weldon Springs, MO 63304-2225 |
| 14597364 | | Email/Text: inchargehq@westcreekfin.com | | |
| | | | Nov 17 2021 23:43:00 | West Creek Financial, PO Box 5518, Glen Allen, VA 23058-5518 |
| 14596183 | + | Email/Text: inchargehq@westcreekfin.com | | |
| | | | Nov 17 2021 23:43:00 | Westcreek Financial, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bkgroup@kmllawgroup.com |
| JESSICA M. GULASH | on behalf of Creditor WBL SPO I LLC jgulash@lbmlaw.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: Nov 17, 2021 | Form ID: pdf900 | Total Noticed: 57

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Servcies  administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

ZACHARY ZAWARSKI
    on behalf of Joint Debtor Yalissa Diaz zzawarski@zawarskilaw.com

ZACHARY ZAWARSKI
    on behalf of Debtor Tony Federico Diaz zzawarski@zawarskilaw.com

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TONY FEDERICO DIAZ | : | Case No.: 21-10883-pmm |
| YALISSA DIAZ | : | |
| Debtors | : | |

**ORDER**

Upon consideration of Debtors' Motion for Voluntary Dismissal of Chapter 13 Case pursuant to 11 U.S.C. § 1307(b), IT IS HEREBY ORDERED that Debtors' Chapter 13 is DISMISSED.

BY THE COURT:

*Patricia M. Mayer*

**Date: November 17, 2021**

PATRICIA M. MAYER
BANKRUPTCY JUDGE